____ FILED    ___ ENTERED
____ LOGGED  _____ RECEIVED

4:02 pm, Jan 27 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE CRIMINAL
COMPLAINT AND ARREST WARRANT FOR
DAZHON LESLIE DARIEN

Case No. 25-mj-0186-EA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Grace Meyer, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I make this affidavit in support of an application for a criminal complaint charging **DAZHON LESLIE DARIEN** ("**DARIEN**") with 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children); and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography) (collectively the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **DARIEN** has committed **TARGET OFFENSES**.

### AFFIANT BACKGROUND

2. I am a Special Agent of the FBI and have been so employed since February 2023. As such, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the FBI Child Exploitation and Human Trafficking Task Force in Baltimore, Maryland. I have duties that include investigations of federal violations concerning child pornography and the sexual exploitation of children. I have participated in the execution of multiple search warrants, which have resulted in the seizure of computers, cell phones, electronic media, and other items evidence violations of federal laws. I have also participated in the execution

of search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography.

3. I have set forth only the facts I believe are necessary to establish probable cause for the warrants sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports, interviews with witnesses and victims, my review of evidence, and my conversations with other law enforcement officers and other individuals.

## **PROBABLE CAUSE**

4. On March 7, 2024, investigators with the Baltimore County Police Department ("BCPD") executed search and seizure warrants authorized by the Honorable Keith Truffer, Circuit Court Judge for Baltimore County, for **DARIEN**'s residence, which was located at 132 South Newkirk Street, Baltimore, Maryland 21224 and two vehicles associated with **DARIEN**. **DARIEN** was present at the residence. During the searches, BCPD located and seized various electronic devices and removable storage media believed to be used or owned by **DARIEN**, including an Apple iPhone 14 Pro Max that was located by in **DARIEN**'s bedroom.

5. On April 4, 2024, the Honorable J. Mark Coulson, United States Magistrate Judge for the District of Maryland, issued search warrants for various electronic devices, including an Apple iPhone 14 Pro Max, that was seized from **DARIEN**'s bedroom. Due to the encrypted state of the Apple iPhone 14 Pro Max, it was unable to be extracted and examined immediately after the execution of the search warrant for the devices.

6. Further investigation resulted in the identification of three Google accounts, which included darienspau@gmail.com, ddarien522@gmail.com, and dareinspau@gmail.com, and two

Apple iCloud accounts, Apple ID ddarien522@gmail.com and Apple ID deccoy27@yahoo.com, owned and used by **DARIEN**.

7. On April 30, 2024, the Honorable J. Mark Coulson, United States Magistrate Judge for the District of Maryland, issued a search warrant for Google accounts darienspau@gmail.com, ddarien522@gmail.com, and dareinspau@gmail.com. On May 29, 2024, the Honorable Erin Aslan, United States Magistrate Judge for the District of Maryland, issued a search warrant for the Apple iCloud accounts with Apple IDs ddarien522@gmail.com and deccoy27@yahoo.com.

8. During my review of the files provided by Google for the accounts darienspau@gmail.com, ddarien522@gmail.com, and dareinspau@gmail.com, I observed several media files depicting teenage males of indeterminate ages engaged in sexually explicit conduct as well as what appeared to be a screenshot of a text message conversation taken on an Apple iPhone indicative of coercion or enticement of a minor to engage in sexual activity for review. These files are described below:

   a. A video file ("Video File 1") with EXIF Creation Date of "November 3, 2023" and the Device Manufacturer and Model as "Apple iPhone." This video is 18-seconds in duration, and depicted a teenage male of an indeterminate age naked below the waist. The male is bent over a bed, with anus, scrotum, and penis exposed. At the end of the video, the male's face is partially depicted.

   b. A video file ("Video File 2") with EXIF Creation Date "February 29, 2024" and the Device Manufacturer and Model as "Apple iPhone."[1] This video is 38-seconds in duration, and depicted a teenage male of an indeterminate age in what appears to be a bedroom with

---

[1] During the search of **DARIEN**'s residence, BCPD located and seized two Apple iPhones that belonged to **DARIEN**.

3

decorative lights on the walls. The male is naked from the waist down, bent over a bed, with his anus, scrotum, and penis exposed, masturbating his erect penis.

        c.        A video file ("Video File 3"), with EXIF Creation Date of "February 3, 2024" and the Device Manufacturer and Model as "Apple iPhone." This video is 14 seconds in duration and depicts the mid-section of a teenage male who appears to be of indeterminate age like the males depicted in the two videos described above, lying on his back. During the video, the male lifts his shirt, exposing his stomach, and pulls down his pants and underwear, exposing his penis. While the camera is focused on the male's penis, he touches his penis with his right hand and shakes it for several seconds, as if to display it to the camera. At the end of the video, the male's face is observed. Based on my training and experience, as well as my consultation with other investigators, I am aware that Apple iPhones have screen record functions. When these screen recordings are saved onto a device, the file names begin with "RPReplay_Final." Based on this information, I believe Video File 3, the file name of which begins with "RPReplay_Final," was screen recorded on an Apple iPhone.

        d.        An image file ("Image File 4"), with EXIF data listing the File Creation Date as "January 28, 2024" and the Device Manufacturer as "Apple Computer, Inc." This image depicted a screenshot of a text message conversation, dated between "November 10" and "November 11," between "Zay" and another individual, later identified as Minor Victim 2, and is depicted immediately below.



9.      An open-source query for **DARIEN's** telephone number, xxx-xxx-3868, revealed the telephone number is associated with a Snapchat account with username "zaymajor22" and display name "Xavier Major."

10.     Immediately after viewing Video File 3, which depicted a teenage male who appears to be of indeterminate age engaged in sexually explicit conduct, and Image File 4, I ceased my review of the Google files to prepare an affidavit in support of search warrants authorizing the further search of the Google accounts darienspau@gmail.com, ddarien522@gmail.com, and dareinspau@gmail.com, the Apple iCloud accounts with Apple IDs ddarien522@gmail.com and deccoy27@yahoo.com, and the electronic devices including the Apple iPhone 14 Pro Max for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2422 (coercion and enticement) and 18 U.S.C. § 2252(A)(a)(5)(B) (possession of child pornography) from this Court. On June 12, 2024, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, issued these search warrants. Shortly thereafter, I began searching the records

5

associated with the aforementioned Google and Apple iCloud accounts for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2422 (coercion and enticement) and 18 U.S.C. § 2252(A)(a)(5)(B) (possession of child pornography). Due to the locked state of the electronic devices, most of the devices, including the Apple iPhone 14 Pro Max, were still unable to be extracted and examined immediately after the execution of the search warrant for the devices.

11.  During my review of the records associated with the aforementioned Google accounts, I located images which appeared to be screen captures taken within the Telegram[2] application. One image ("Image File 5") appeared to depict a Telegram group called "All boys preview." The group had three members: Austin Watts, cooliecut, and Shila. Of the three members, Austin Watts and Shila were online. Additionally, Austin Watts was marked with a star, which appeared to indicate that the individual taking the screen capture was member Austin Watts. Exif data revealed this screen capture was taken on August 23, 2023 with an Apple iPhone. Another image ("Image File 6") appeared to be a screen capture of a conversation in a Telegram group entitled "hmu For links." In the chat, there were approximately 50 thumbnail images depicting individuals engaged in sexually explicit conduct. Some of the individuals engaged in sexually explicit conduct appeared to be prepubescent or pubescent children. Each thumbnail had a timestamp in the bottom left corner, indicating the thumbnails were of videos. Exif data revealed this screen capture was also taken on August 23, 2023 with an Apple iPhone.

12.  On June 27, 2024, I began my review of the files provided by Apple for the Apple iCloud account with Apple ID deccoy27@yahoo.com. During my review, I observed several media files depicting teenage males of indeterminate ages engaged in sexually explicit conduct.

---

[2] Telegram is an instant messaging application which allows users to send media and files to one another.

The filenames of some of these video files began with "cm-chat-media-video,"³ to include one of the video files ("Video File 7"). This video file appeared to be the same as Video File 2 which depicted a teenage male of an indeterminate age in what appears to be a bedroom with decorative lights on the walls. The male is naked from the waist down, bent over a bed, with his anus, scrotum, and penis exposed, masturbating his erect penis. Also located in the files provided by Apple were an additional 18 videos files, all of which began with "cm-chat-media-video-[redacted]", that appeared to depict the same teenage male as Video File 7. The creation dates of these files ranged from December 14, 2023 through March 23, 2024.

13. Further investigation resulted in the identification of the teenage male in Video File 7 as Minor Victim 1. On or about July 16, 2024, Minor Victim 1 was forensically interviewed and stated the following:

a. Minor Victim 1 knew an adult male through Snapchat who offered Minor Victim 1 money for inappropriate pictures, chats, and videos.

b. Minor Victim 1 began sending the adult male content of himself when he was 15 years old. Minor Victim 1 told the adult male his age.

c. The adult male paid Minor Victim 1 five to fifty dollars in exchange for content. Minor Victim 1 received the money on CashApp.

d. The adult male would tell Minor Victim 1 what to put in a picture or video.

---

³ On July 8, 2024, Snap, Inc. advised me that the filenames of videos saved from a Chat conversation within the Snapchat application begin with "cm-chat-media-video." Based on this information, I believe **DARIEN** received the video files located in his Apple iCloud accounts that begin with "cm-chat-media-video" from individuals with whom he chatted in the Snapchat application. I believe the same about the video files located in **DARIEN**'s Google accounts that begin with "cm-chat-media-video." Further, some of the individuals in these videos appear to be teenage males.

7

      e.      Minor Victim 1 had **DARIEN's** telephone number, xxx-xxx-3868, saved in his phone. Minor Victim 1 identified **DARIEN's** telephone number as the adult male with whom he communicated on Snapchat.

      f.      Minor Victim 1 identified his Snapchat account ("MV 1 – Account 1").

      g.      Minor Victim 1 identified himself in screen captures from several of the videos found in the files provided by Apple.

14. Following Minor Victim 1's interview, Minor Victim 1's mother gave me consent to search Minor Victim 1's phone. The search of this phone revealed that Minor Victim 1 received a Snapchat message from **DARIEN** using Snapchat account creamewet as recently as July 13, 2024, three days prior to Minor Victim 1's interview.

15. On August 13, 2024, pursuant to a federal subpoena, Block, Inc. provided transaction history for the accounts of Minor Victim 1 and **DARIEN**. The records provided by Block, Inc. indicated **DARIEN** paid Minor Victim 1 nine times from December 14, 2023 through March 23, 2024. This date range is the same range as the creation dates of the 19 video files of Minor Victim 1 that were located in **DARIEN's** Apple iCloud. The payment amounts ranged from one dollar to 50 dollars. **DARIEN** wrote subjects for three of the payments: "it's me from snap my b", "txt back", and "text back".

16. During my review of the files provided by Apple for the Apple iCloud account with Apple ID ddarien522@gmail.com, I located messages **DARIEN** saved to his iCloud. During my review of these messages, I located messages sent from November 7, 2023 to January 4, 2024 which were exchanged between **DARIEN** and Minor Victim 2. These messages included the messages depicted in that screen capture. Throughout these messages, **DARIEN** identified himself as "Zay" and requested that Minor Victim 2 send him videos on an unidentified app; Minor Victim

2 identified himself as a freshman in high school; and **DARIEN** identified his Snapchat account as blaze4013.

17. On or about August 21, 2024, Minor Victim 2 was forensically interviewed and stated the following:

    a. Minor Victim 2 recalled an adult male with whom he chatted online purchasing a pocket pussy[4] for him. However, Minor Victim 2 never received the pocket pussy because the adult male would only give it to Minor Victim 2 if they met in person.

    b. Minor Victim 2 told the adult male he was 14 or 15 years old.

    c. Minor Victim 2 took and sent the adult male a photo of his buttocks.

    d. Minor Victim 2 identified his telephone number as "Minor Victim 2 Phone Number".

18. During my review of the Apple iCloud files, I located messages between **DARIEN** and "Minor Victim 3 Phone Number" from January 14. 2024 through March 3, 2024. The user of Minor Victim 3 Phone Number identified himself as 17 years old and provided his Snapchat account as kimsuva22. Throughout their conversation, they discussed meeting for sex. DARIEN also requested videos from the user of Minor Victim 3 Phone Number. Further investigation resulted in the identification of the user of Minor Victim 3 Phone Number as Minor Victim 3. Minor Victim 3 declined to be interviewed.

19. On June 20, 2024, an order pursuant to 18 U.S.C. § 2703(d) issued by the Honorable Adam Abelson, United States Magistrate Judge, was served upon Snap, Inc. requesting records

---

[4] A "pocket pussy" is a term commonly used to refer to a sex toy used by males to facilitate masturbation of their penis.

associated to the Snapchat account with username zaymajor22. Records provided by Snap, Inc. pursuant to this order revealed the account was active. The display name on the account was "Xavier Major." The verified telephone number associated to the account was **DARIEN's** telephone number, xxx-xxx-3868. The telephone number was verified on March 9, 2024, two days after BCPD executed the search warrants upon **DARIEN**'s residence and his vehicle. The birthdate associated to the account was May XX, 1992, which is **DARIEN's** birthday. Associated with this account were two other Snapchat accounts: blaze4013 and creamewet.

20. The records provided by Snap, Inc. pursuant to this order also revealed that the user of the Snapchat account with username zaymajor22 first logged into the account on an Apple iPhone with device ID 3803248143025720000 on November 22, 2022.[5] Two additional Snapchat accounts, one with username blaze4013 and another with username creamewet, were first logged into on the same Apple iPhone on October 24, 2022 and November 25, 2022, respectively. The records further revealed that all three accounts were first logged into on a different Apple iPhone beginning in the afternoon on March 7, 2024.[6] The account with username creamewet was first logged into on an Apple iPhone with device ID 6293917957671470000 on March 7, 2024 at approximately 4:17 pm. The accounts with usernames zaymajor22 and blaze4013 were first logged into on the same Apple iPhone on March 9, 2024 at 12:17 pm and 12:30 pm, respectively.

21. Records provided by Snap, Inc. pursuant to a federal subpoena revealed the display name for the Snapchat account with username blaze4013 was "Austin Watts." The name "Austin

---

[5] A device ID is an identifier Snapchat generates to identify devices.

[6] In the morning of March 7, 2024, BCPD seized two Apple iPhones, to include an Apple iPhone 14 Pro Max, from **DARIEN**'s residence.

Watts" was the same name in the Telegram screen captures from **DARIEN's** Google accounts. The verified email address associated to the Snapchat account with username blaze4013 was xaviermajor@rocketmail.com. Snap, Inc. also provided records pertaining to the Snapchat account with username creamewet. The display name associated with this account was "Xavier West", and the verified email address was dazhon2@aol.com. **DARIEN** also used the first name "Xavier" for his Snapchat account with username zaymajor22.

22. On July 25, 2024, the Honorable Adam Abelson, United States Magistrate Judge for the District of Maryland, issued a search warrant for the Snapchat accounts with usernames zaymajor22, blaze4013, and creamewet. A review of the files provided by Snapchat for the account blaze4013 revealed the following.

    a. I located six images and one video sent by a Snapchat account used by Minor Victim 1 ("MV 1 – Account 2"), to **DARIEN**. These images and video were dated July 30, 2023. The video was nine seconds in length and depicted a teenage male on his knees, nude from the waist down, exposing his penis and anus.

    b. I located six images sent by a Snapchat account used by Minor Victim 4 ("MV 4"), to **DARIEN**. These images depicted a teenage male nude with either his penis or both his penis and anus exposed. I also located a video approximately ten seconds in length depicting a nude teenage male bent over, exposing his penis and anus. Throughout the video, the teenage male slaps or spreads apart his buttocks. The images and video sent by Minor Victim 4 were dated April 10, 2024. On December 2, 2024, I met with Minor Victim 4, who is now an adult. Minor Victim 4 identified himself in some of the images located in the Snapchat return. Minor Victim 4 recalled meeting an adult male he knew as "Xavier" at a hotel in Capitol Heights, Maryland, to engage in

11

sexual activity on April 13, 2024, while Minor Victim 4 was still under the age of 18. According to Minor Victim 4, the adult male purchased an Uber ride for Minor Victim 4 to get to the hotel.

  c. I located the following chat messages from October 30, 2023 between **DARIEN** and Snapchat account used by Minor Victim 5 ("MV 5").

| | |
|---|---|
| blaze4013: | Wasup |
| MV 5: | Wsp |
| blaze4013: | Shit |
| MV 5: | Oh Ohrd |
| MV 5: | Nd I meant to tell u if u wanna link it's either pay or lemme record |
| blaze4013: | How much you gonna let me eat it before you ride my dick? |
| MV 5: | Wym ride ur dick? |
| blaze4013: | Or you like backshots better |
| MV 5: | Oh no I'm not taking dick |
| MV 5: | U |
| MV 5: | Nd u ain't answer my question we recording or are u paying |
| blaze4013: | I'm not a bottom. If I'm paying I'm clapping cheeks you record if you wanna suck me up and let me eat you |
| MV 5: | See ur obviously a top I'm not feeling it |

 23. A review of the files provided by Snapchat for the account creamewet revealed the following.

  a. I located two images and one video sent by MV 1 to **DARIEN**. The images and video were dated June 28, 2024. The two images depicted an age difficult male digitally

penetrating his anus. The video was approximately 15 seconds in length and depicted an age difficult male digitally penetrating his anus.

  b. I located one image and one video sent by a Snapchat user identified as Minor Victim 5 to **DARIEN**. The image and video were dated January 31, 2024. The image depicted a teenage male nude from the waist down, exposing the teenage male's penis. The video was approximately 14 seconds in length and depicted a teenage male nude from the waist down. In the video, the teenage male lifts up his hoodie and turns so that his buttocks is facing the camera. The teenage male touches his buttocks with one hand and points his penis towards the camera with his other hand. The teenage male then pulls up what appear to be flannel pajama pants.

  24. Located within both the Snapchat accounts with usernames blaze4013 and creamewet were additional images and videos of what appeared to be teenage males of indeterminate ages engaged in sexually explicit conduct. These images and videos were sent from approximately ten different Snapchat users to **DARIEN**. The identification of each of the Snapchat users is still pending. Two of these videos are described below:

  a. "Video File 8" is 7 seconds in duration and depicts what appears to be a teenage male of an indeterminate age wearing only pants. The teenage male pulls down his pants, fully exposing his penis. The teenage male then moves his hips to shake his penis. The teenage male's face is partially seen throughout the video.

  b. "Video File 9" is 1 minute and 6 seconds in duration and depicts what appears to be an age-difficult male anally penetrating a teenage male of an indeterminate age. The age-difficult male is standing while the teenage male is laying on his stomach on a bed. Throughout the video, the age-difficult male is holding the camera and alternates the camera view between capturing both males in a mirror and pointing down at the teenage male's body.

25.   A review of the files provided by Snapchat for the account zaymajor22 revealed no sexually explicit images or videos saved within the account.

26.   On or about November 27, 2024, FBI Special Agent Patrick Fong was able to successfully extract the data from the Apple iPhone 14 Pro Max initially seized during BCPD's search warrant execution at **DARIEN**'s residence in March of 2024.[7] On or about December 5, 2024, I began reviewing the contents of the Apple iPhone. Upon review of the contents of the Apple iPhone, I located the 19 video files, the titles of which all began with the "cm-chat-media-video-[redacted]", depicting Minor Victim 1 engaged in sexually explicit conduct. These videos were the same videos as those found in the Apple iCloud search warrant return for Apple ID deccoy27@yahoo.com, to include Video File 7 which depicted a teenage male of an indeterminate age in what appears to be a bedroom with decorative lights on the walls. The male is naked from the waist down, bent over a bed, with his anus, scrotum, and penis exposed, masturbating his erect penis.

27.   During my review of the Apple iPhone, I also located at least 20 additional videos depicting children engaged in sexually explicit conduct, to include prepubescent children. Descriptions of two of these videos are below:

   a.   Video File 10 is a color video approximately 9 seconds in length and depicts a prepubescent female child lying on her back with her arms spread to each side. The child is pictured from above her breast line to her head and is not wearing any clothing. An adult male's erect penis is visible above the child. The adult male ejaculates on the child's face and into the

---

[7] As previously noted, this Apple iPhone could not be extracted upon initial seizure and execution of the search warrants discussed in paragraphs 5 and 10 because the phone was locked. Since that time, the FBI has continued to attempt to access the Apple iPhone using forensic tools.

child's nose, eye, and mouth. The child has child-like facial features and a child-sized head and body relative to the size of the adult male's erect penis.

    b.  Video File 11 is a color video with audio approximately 5 minutes and 51 seconds in length and depicts a nude prepubescent male child lying on his stomach on a bed. The child appears to be sleeping. The child's legs are spread, exposing his genitalia, which appear to be the focal point of the video. As the video begins, a nude adult male lies down on the bed next to the child and begins rubbing his erect penis and fingers against the child's anus. The adult male then anally penetrates the child with his penis. At approximately 1 minute and 56 seconds into the video, the child slightly moves, then the adult male returns to anally penetrating the child. At approximately 2 minutes and 6 seconds into the video, the video freezes and remains frozen for the remainder of the video.

  28.  I also located a Telegram account with the name "Lamont Bishop", username "Xaviermajor", and telephone number xxx-xxx-3868 on the iPhone. This Telegram account was a participant in several Telegram group conversations, to include conversations with the following participants: "gay boys videos teen", "T33ns Gays", "Teen Boys Penis".

## AUTHORIZATION REQUEST

  29.  Based on the information provided above, I submit there is probable cause to believe **DARIEN** has committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children) and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography). Specifically, **DARIEN** knowingly received and possessed child pornography knowing it was transported in and affecting interstate commerce.

Respectfully submitted,

_____
Special Agent Grace Meyer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __27th__ day of January 2025.

_____
The Hon. Erin Aslan
United States Magistrate Judge