UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAZHON DARIEN,<br><br>Defendant. | CASE NO:   JKB-25-020 |

**MOTION FOR ENTRY OF A PROTECTIVE ORDER
GOVERNING DISCLOSURE OF PROTECTED IDENTITY, FINANCIAL, CONTACT,
GRAND JURY, TAX, COURT, AND INVESTIGATIVE INFORMATION**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of Protected Identity, Financial, Contact, Grand Jury, Court, and Investigative Information (collectively, "Protected Information"), which is or may be included within the evidence in this case.

Entry of a protective order restricting the use, dissemination and disposition of documents containing Protected Information is essential to permit the parties to disclose extensive discovery while protecting the Protected Information of the victims in this case and other individuals.

The United States conferred with counsel for the Defendant regarding a draft protective order proposed by the United States (the "Proposed Protective Order") and have reached an agreement with respect to all of the provisions contained therein.

A copy of the Proposed Protective Order is submitted herewith.

                Respectfully submitted,

                Philip A. Selden
                Acting United States Attorney

By: _____/s/_____
      Christine Goo
      Paul Budlow
      Assistant United States Attorneys