IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-25-0020 |
| DAZHON LESLIE DARIEN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to a status call held on March 27, 2025, it is ORDERED that:

1. All dates and deadlines relating to pretrial motions are STAYED; and

2. A STATUS AND SCHEDULING CONFERENCE CALL is set in for May 28, 2025 at 5:15 p.m. The Government is directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers.

DATED this 27 day of March, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge