**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-3976
EMAIL:  Andrew_Szekely@fd.org

JAMES WYDA                                                                                          ANDREW SZEKELY
FEDERAL PUBLIC DEFENDER                                               SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

September 22, 2025

The Honorable James K. Bredar
Senior United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

   **Re:**  **Request for Attorney Inquiry Hearing in**
       *United States v. Dazhon Darien*, **JKB-25-020**

Dear Judge Bredar:

Mr. Darien has requested that the Court appoint new counsel in this case. I therefore ask the Court to refer this hearing to a Magistrate Judge for an attorney inquiry hearing.

The Court set a telephone scheduling conference for September 24, 2025, at 2:30pm. I have discussed this matter with Assistant United States Attorney Paul Budlow. The parties believe scheduling would be most efficiently addressed after any issues relating to the substitution of counsel are resolved. I therefore ask the Court to cancel the Wednesday's telephone scheduling conference.

I thank the Court for its attention to this matter.

          Sincerely,

          Andrew Szekely
          Assistant Federal Public Defender