IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * |
| DAZHON LESLIE DARIEN | * CRIMINAL NO. JKB-25-0020 |
| | * |
| Defendant. | * |
| | * |

*******

## ORDER

Having considered the grounds advanced in the Government's Motion to Exclude Time Pursuant to the Speedy Trial Act and good cause having been shown in support of the relief requested in the Motion, the Court, on this __9__ day of January 2026, finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial because the parties require a longer period than is normally afforded under the Speedy Trial Act to obtain and review discovery and to conduct plea discussions and to engage in pre-trial preparation in the event that no agreement is reached upon a plea.

Additionally, time is automatically excluded under 18 U.S.C. § 3161(h)(1((D) based on the previously filed motion that is pending. The period between the filing of motions, and the disposition of those motions is excludable from the Speedy Trial calculation under Title 18, United States Code, Section 3161(h)(1)(D).

THEREFORE, IT IS HEREBY ORDERED that the Government's motion is GRANTED; and it is further ORDERED that for the reasons set forth in the Government's motion, all time from January 9, 2026, to February 9, 2026 shall be excluded from calculation of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

SO ORDERED.

Jan. 9, 2026
Date

_James K. Bredar_
The Honorable James K. Bredar
United States District Judge